# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**JATRAVIA ISOM**

*Plaintiff*,

v.

**CLARITY SERVICES, INC.,**

*Defendant*.

Case Number: 2:24-cv-00614-SPC-KCD

## NOTICE OF DISMISSAL WITH PREJUDICE

All Parties having resolved this matter between themselves by mutual agreement, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby DISMISSES this action with prejudice, effective September 5, 2024, each party to bear its own costs and attorneys' fees.

Respectfully submitted on September 5, 2024.

*/s/ Christian E. Cok*
Christian E. Cok, Esq.
Florida Bar No. 1032167
Tel: 813-321-2349
CCok@Seraphlegal.com
SERAPH LEGAL, P. A.
2124 W. Kennedy Blvd. Suite A
Fax: 855-500-0705
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on September 5, 2024, a copy of the foregoing was filed electronically via the CM/ECF System and served via e-Notice to all counsel of record.

                                        */s/ Christian E. Cok*
                                        Christian E. Cok, Esq.
                                        Florida Bar No. 1032167